536 A.2d 796

Levi BELL, Petitioner,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA
BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Jan. 14, 1988.

Levi Bell, pro se.

## ORDER

PER CURIAM.

AND NOW, this 14th day of January, 1988, this case is remanded to Commonwealth Court to consider the merits of Petitioner's claim.